UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CEDRIC NEAL,<br><br>         Defendant. | Case No. 98-cr-40074-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Cedric Neal's "Motion Seeking a Downward Departure Pursuant to Title 18 U.S.C. § 3553(b) and U.S.S.G. § 5K2.0" (Doc. 80) based on the cooperation of Neal's wife with the government after his incarceration. The government has responded to the motion (Doc. 82).

Neal asks for a downward departure under provisions that only apply to sentencing proceedings, and Neal's sentence was imposed long ago. Those provisions do not allow the Court to reduce Neal's sentence now. The only way Neal's sentence could be reduced by the Court at this time is if the government filed a motion under Federal Rule of Criminal Procedure 35(b)(2). However, as the Court pointed out to Neal in a previous order, the government must make the motion, not the defendant, and the Court cannot force the government to file such a motion. The government has made no such motion, so the Court is without authority to reduce Neal's sentence. Therefore, the Court **DENIES** Neal's motion (Doc. 80). Should the government ever file a motion under Rule 35(b)(2), the Court may consider a reduction at that time.

**IT IS SO ORDERED.**
**DATED:  January 31, 2007**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**